**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN PEASE,  No. C-13-05584-DMR

       Plaintiff,  **ORDER VACATING
CASE MANAGEMENT CONFERENCE**

  v.

HERITAGE SYSTEMS, INC.,

       Defendant.
_____/

    The court is in receipt of the parties' notice of settlement and request to vacate the Initial Case Management Conference [Docket No. 10]. The request is granted. The Initial Case Management Conference previously scheduled for March 5, 2014 at 1:30 p.m. has been VACATED. The parties shall submit a status report regarding the settlement in this matter by no later than **April 14, 2014.**

    IT IS SO ORDERED.

Dated: February 27, 2014

_____
DONNA M. RYU
United States Magistrate Judge